**Order entered March 30, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00719-CR
No. 05-19-00724-CR
No. 05-19-00726-CR
No. 05-19-00727-CR
No. 05-19-00731-CR
No. 05-19-00733-CR
No. 05-19-00734-CR
No. 05-19-00750-CR

**MICHAEL DON GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-80901-2018, 296-81450-2018, 296-81451-2018, 296-81453-2018, 296-81455-2018, 296-81454-2018, 296-81452-2018

### ORDER

We **REINSTATE** this appeal. An opinion will issue in due course.

/s/    LANA MYERS
PRESIDING JUSTICE